United States District Court
Southern District of Texas
**ENTERED**
November 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABRAHAM SALGADO, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EXPRESS ENERGY SERVICES OPERATING, LP, <br><br> *Defendant*. | §§§§§§§§§§§§ No. 4:19-cv-03170 |

## ORDER APPROVING SETTLEMENT AND ENTRY OF JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

Pending before this Court is the Plaintiff's Unopposed Motion for Approval of Settlement and Entry of Judgment Dismissing Lawsuit with Prejudice (the "Motion"). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds and concludes that this lawsuit involves a bona fide dispute as to the law and fact, including liability, applicable defenses and appropriate damages, if any, including the number of overtime hours of compensable work, if any, performed by the Current Opt-Ins and Potential Class Members), and the amount of overtime pay, if any, to which each Current Opt-In and Potential Class Member would be entitled if liability were established. The Court finds: 1) that the settlement terms negotiated by the parties and described in their Agreement, a copy of which was attached to the Motion, are a fair, equitable, and reasonable

resolution of a bona fide dispute between the Current Opt-ins, Potential Class Members, and the Defendant, 2) that it was negotiated at arms-length with the assistance of qualified counsel, 3) that the Cost and Fee Award requested in the Motion is reasonable, 4) that the Service Awards requested in the Motion are reasonable, and 5) that the settlement of the claims as to the eventual Settlement Class Members should proceed according to the procedure set forth in the Agreement and is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Agreement. **Therefore, the Court**

**ORDERS** that the Parties' settlement, including the final Agreement between Express Energy Services Operating, LP and Abraham Salgado, on behalf of himself and all individuals who have or will file a consent to join the case after receiving the Notice and Consent is **APPROVED**; and

ORDERS that this action, in its entirety, and all claims asserted herein, are DISMISSED WITH PREJUDICE, with each party to bear his or its own costs, fees and expenses.

Signed this __4th__ day of __November__, 2020.

_____
HON. LEE ROSENTHAL
CHIEF UNITED STATES DISTRICT
JUDGE